

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

### ORDER OF DISMISSAL WITHOUT PREJUDICE

These cases were originally filed as a single multi-plaintiff action styled <u>Felica Abram, et al. v. Kerr-McGee Corporation, et al.</u>, No. 2:04CV267. On February 10, 2005, the Court entered a Case Management Order requiring plaintiffs to provide defendants with certain disclosures and information about their various claims, including information linking plaintiffs' injuries with the alleged chemical exposure. On July 12, 2005, the Court entered an order severing plaintiffs' claims and instructed the clerk to set up new files for the severed cases. On July 29, 2005, the Court entered a supplement to the severance order which instructed the clerk to set up files for some additional plaintiffs.

On September 27, 2005, the Court entered orders in all of the severed cases which required plaintiffs to pay individual $250 filing fees by October 27, 2005 and required each plaintiff in the severed cases to serve disclosures. Plaintiffs identified in Exhibit A have failed to pay the filing fees and/or failed to comply with prior orders of the Court concerning the disclosure of information.   IT IS THEREFORE ORDERED AND ADJUDGED THAT the cases identified on Exhibit A are hereby dismissed without prejudice for failure to pay filing fees and/or failure to comply with prior orders of the Court concerning the disclosure of information. The statute of limitations period for plaintiffs identified on Exhibit A shall be tolled until June 1, 2006, so as to allow ample time for each plaintiff who chooses to do so, to file his or her separate cause of action and pay the required filing fee. Any plaintiff who refiles his or her case shall disclose to defendants all information required by the prior orders of the Court within thirty-days after the filing of the complaint. Plaintiffs' counsel shall provide plaintiffs with a

copy of this order of dismissal and shall notify plaintiffs of their right to refile and of the tolling of the statute of limitations until June 1, 2006.

SO ORDERED this the 10th day of January, 2006.

s/ Keith Starrett
UNITED STATES DISTRICT JUDGE

## EXHIBIT A

| CASE NUMBER | PLAINTIFF | CASE NUMBER | PLAINTIFF |
|---|---|---|---|
| 2:05cv722 | KENNETH ADAMS | 2:05cv763 | B. BANKS |
| 2:05cv723 | ONIA P. ADAMS | 2:05cv764 | F BANKS |
| 2:05cv724 | TAMEKA ADAMS | 2:05cv765 | J BANKS |
| 2:05cv725 | TAMESHA ADAMS | 2:05cv766 | C BARBER |
| 2:05cv726 | CAROLYN AGEE | 2:05cv767 | G BARBER |
| 2:05cv727 | CHRISTOPHER AGEE | 2:05cv771 | B VARNADO |
| 2:05cv728 | HASKELL AGEE | 2:05cv772 | C BARNES |
| 2:05cv729 | JAMES AGEE | 2:05cv773 | CLEOTHA BARNES |
| 2:05cv730 | KIMBERLY AGEE | 2:05cv774 | COLLINS BARNES |
| 2:05cv731 | JOYCE ALEXANDER | 2:05cv777 | JENNIFER BARNES |
| 2:05cv732 | MELVIN ALEXANDER | 2:05cv778 | JOHN BARNES |
| 2:05cv733 | MILVEN ALEXANDER | 2:05cv782 | S BARNES |
| 2:05cv734 | MIRACLE ALEXANDER | 2:05cv783 | T BARNES |
| 2:05cv735 | JACK ALFORD | 2:05cv784 | W BARNES |
| 2:05cv736 | CAMERON ALLEN | 2:05cv785 | A BARRETT |
| 2:05cv737 | CECIL ALLEN JR | 2:05cv786 | ADDIE L. BARRETT |
| 2:05cv738 | CECIL ALLEN SR | 2:05cv787 | R BARRETT |
| 2:05cv739 | DEREK ALLEN | 2:05cv788 | S BARRETT |
| 2:05cv740 | JULIUS ALLEN | 2:05cv789 | C BASKIN |
| 2:05cv741 | JUSTIN ALLEN | 2:05cv790 | J BASKIN |
| 2:05cv742 | SYLVIA ALLEN | 2:05cv791 | R BASKIN |
| 2:05cv743 | WALTER ALLEN | 2:05cv792 | K BAYLOR |
| 2:05cv744 | WINSDALE ALLEN | 2:05cv793 | R BENJAMIN |
| 2:05cv745 | APRIL ANDERSON | 2:05cv794 | S BENJAMIN |
| 2:05cv746 | GERLAD ANDERSON | 2:05cv796 | D BETHLEY |
| 2:05cv747 | STEPHEN ANDERSON | 2:05cv798 | V BLACKMON |
| 2:05cv748 | WILLIE MAY ANDERSON | 2:05cv799 | B BLAKE |
| 2:05cv749 | ARTHUR APPLEWHITE | 2:05cv800 | C BLAKE |
| 2:05cv750 | COMISHA ARMSTRONG | 2:05cv801 | G BLAKE |
| 2:05cv751 | JOYCE ARMSTRONG | 2:05cv802 | JOHNNIE BLAKE |
| 2:05cv752 | ROSE ARMSTRONG | 2:05cv803 | P BLAKE |
| 2:05cv753 | JERRY ARRINGTON | 2:05cv804 | L BLAKELY |
| 2:05cv754 | ADRIAN ASHFORD | 2:05cv805 | M BLAKELY |
| 2:05cv755 | EDDIE AUSTIN | 2:05cv806 | D BLAKELEY |
| 2:05cv757 | JOHNNIE BAILEY | 2:05cv807 | R BLAKNEY |
| 2:05cv758 | SANDRA BALAM | 2:05cv808 | T BLANKS |
| 2:05cv759 | ANNIE BALL | 2:05cv809 | R BOLES |
| 2:05cv760 | CHRISTY BALL | 2:05cv810 | E BOLLING |
| 2:05cv761 | JAMES BALL | 2:05cv811 | B BOLTON |
| 2:05cv762 | JOHN T. BALL | 2:05cv812 | G BOLTON |

# EXHIBIT A

| CASE NUMBER | PLAINTIFF | CASE NUMBER | PLAINTIFF |
|---|---|---|---|
| 2:05cv813 | M BOLTON | 2:05cv859 | R BRIDGES |
| 2:05cv814 | N BOLTON | 2:05cv860 | A BRISTER |
| 2:05cv815 | T BOLTON | 2:05cv862 | E BROOKS |
| 2:05cv817 | M BONNER | 2:05cv864 | A BROWN |
| 2:05cv818 | C BOUCHEE | 2:05cv865 | B BROWN |
| 2:05cv819 | M BOUCHEE | 2:05cv866 | D BROWN |
| 2:05cv820 | T BOUCHEE | 2:05cv867 | J BROWN |
| 2:05cv821 | A BOURNE | 2:05cv868 | K BROWN |
| 2:05cv825 | K BOUNRE | 2:05cv869 | KEISHA BROWN |
| 2:05cv826 | M BOURNE | 2:05cv870 | L BROWN |
| 2:05cv827 | MONICA BOURNE | 2:05cv871 | M BROWN |
| 2:05cv828 | R BOURNE | 2:05cv872 | V BROWN |
| 2:05cv829 | RUBY BOURNE | 2:05cv873 | E BUCKLEY |
| 2:05cv830 | S BOURNE | 2:05cv874 | M BUCKLEY |
| 2:05cv831 | T BOURNE | 2:05cv875 | O BUCKLEY |
| 2:05cv832 | W BOURNE | 2:05cv876 | S BUCKLEY |
| 2:05cv833 | L BOURNE SR | 2:05cv878 | R BURRELL |
| 2:05cv834 | L BOURNE JR | 2:05cv879 | T BURROUGHS |
| 2:05cv835 | M BOURNE | 2:05cv880 | C BURTON |
| 2:05cv836 | D BOUVAY | 2:05cv881 | S BURTON |
| 2:05cv837 | V BOUVAY | 2:05cv882 | T BURTON |
| 2:05cv838 | J BOYKINS | 2:05cv883 | W BURTON |
| 2:05cv839 | C BRACKETT | 2:05cv685 | C BUTLER |
| 2:05cv840 | A BRADDOCK | 2:05cv887 | M CAMPBELL |
| 2:05cv841 | C BRADLEY | 2:05cv888 | W CAMPBELL |
| 2:05cv842 | L BRADLEY | 2:05cv889 | M CARPENTER |
| 2:05cv843 | R BRADLEY | 2:05cv891 | A CARSON |
| 2:05cv845 | E BRAZILLE | 2:05cv892 | A CARTER |
| 2:05cv846 | K BRAZILE | 2:05cv893 | S CARTER |
| 2:05cv847 | B BRELAND | 2:05cv894 | M CHAMBERS |
| 2:05cv848 | M BRELAND | 2:05cv895 | A CHAPMAN |
| 2:05cv849 | E BREVARD | 2:05cv896 | B CHAPMAN |
| 2:05cv850 | S BREVARD | 2:05cv897 | BRITNEY CHAPMAN |
| 2:05cv851 | H BREWTON | 2:05cv898 | V CHASE |
| 2:05cv852 | J BREWTON | 2:05cv899 | J CHESTNUT |
| 2:05cv853 | L BREWTON | 2:05cv900 | O CHISLOM |
| 2:05cv854 | C BRIDGES | 2:05cv901 | C CHRISTOPHER |
| 2:05cv855 | J BRIDGES | 2:05cv902 | G CHRISTOPHER |
| 2:50cv857 | K BRIDGES | 2:05cv903 | C CLARK |
| 2:05cv858 | L BRIDGES | 2:05cv904 | E CLARK |

## EXHIBIT A

| CASE NUMBER | PLAINTIFF | CASE NUMBER | PLAINTIFF |
|---|---|---|---|
| 2:05cv905 | ETTA CLARK | 2:05cv946 | L CRAIG |
| 2:05cv906 | P CLARK | 2:05cv947 | E CREAGH |
| 2:05cv908 | G CLAYTON | 2:05cv948 | J CREAGH |
| 2:05cv909 | A COLEMAN | 2:05cv949 | M CREAGH |
| 2:05cv910 | J COLEMAN | 2:05cv950 | MICHAEL CREAGH |
| 2:05cv911 | M COLEMAN | 2:05cv951 | JANEY CREEKMORE |
| 2:05cv912 | MARY COLEMAN | 2:05cv952 | S CROSBY |
| 2:05cv913 | P COLEMAN | 2:05cv955 | L CURB |
| 2:05cv914 | A COLLINS | 2:05cv956 | M CURB |
| 2:05cv915 | R COLLINS | 2:05cv960 | S DANTZLER |
| 2:05cv916 | F CONEY | 2:05cv961 | D DAVIS |
| 2:05cv917 | D CONNER | 2:05cv962 | E DAVIS |
| 2:05cv918 | L CONNER | 2:05cv963 | G DAVIS |
| 2:05cv919 | M CONNER | 2:05cv964 | J DAVIS |
| 2:05cv920 | L COOK | 2:05cv965 | L DAVIS |
| 2:05cv921 | M COOK | 2:05cv966 | LYONAL DAVIS |
| 2:05cv922 | S COOK | 2:05cv968 | MAE DAWKINS |
| 2:05cv923 | C COOLEY | 2:05cv969 | E DEDRICK |
| 2:05cv924 | I COOLEY | 2:05cv970 | C DEJARNETT |
| 2:05cv925 | C COOPER | 2:05cv971 | D DEJARNETT |
| 2:05cv926 | E COOPER | 2:05cv972 | P DEJARNETT |
| 2:05cv927 | ERICA COOPER | 2:05cv974 | M DENNIS |
| 2:05cv928 | F COOPER | 2:05cv975 | A DENT |
| 2:05cv929 | G COOPER | 2:05cv976 | A DENT |
| 2:05cv930 | J COOPER | 2:05cv977 | I DENT |
| 2:05cv931 | JERIMIAH COOPER | 2:05cv980 | I DESHEILDS |
| 2:05cv932 | L COOPER | 2:05cv981 | E DILLON |
| 2:05cv933 | LANAIEA COOPER | 2:05cv982 | Y DIXON |
| 2:05cv934 | LILLIE COOPER | 2:05cv983 | P DOLISON |
| 2:05cv935 | R COOPER | 2:05cv984 | B DONALDSON |
| 2:05cv936 | E CORLEY | 2:05cv985 | L DONALDSON |
| 2:05cv937 | EDWENA CORLEY | 2:05cv986 | LUCILLE DONALSON |
| 2:05cv938 | B COUNCIL | 2:05cv987 | S DONALDSON |
| 2:05cv939 | A COWLEY | 2:05cv988 | A DOSS |
| 2:05cv940 | ANITA COWLEY | 2:05cv989 | H DOSS |
| 2:05cv941 | E COWLEY | 2:05cv990 | HOWARD DOSS JR |
| 2:05cv942 | E COWLEY | 2:05cv992 | E DRAKE |
| 2:05cv943 | T COWLEY | 2:05cv993 | M DRAKE |
| 2:05cv944 | C COX | 2:05cv995 | AMBER DUCKWORTH |
| 2:05cv945 | M COX | 2:05cv996 | D DUCKWORTH |

## EXHIBIT A

| CASE NUMBER | PLAINTIFF | CASE NUMBER | PLAINTIFF |
|---|---|---|---|
| 2:05cv997 | K DUCKWORTH | 2:05cv1049 | GADDIS |
| 2:05cv998 | S DUCKWORTH | 2:05cv1050 | GADDIS |
| 2:05cv1000 | D EARLY | 2:05cv1051 | GADDIS |
| 2:05cv1001 | J EASHMOND | 2:05cv1052 | GADDIS |
| 2:05cv1002 | JAYLEN EASHMOND | 2:05cv1055 | GARDNER |
| 2:05cv1003 | JONATHON EASHMOND | 2:05cv1056 | GARDNER |
| 2:05cv1004 | JOHNNIE L. EASHOND III | 2:05cv1057 | GARNER |
| 2:05cv1005 | JOHNNIE L. EASHOND JR | 2:05cv1058 | GARRETT |
| 2:05cv1006 | J EASHMOND | 2:05cv1059 | GASPER |
| 2:05cv1007 | N EASHMOND | 2:05cv1061 | GIPSON |
| 2:05cv1008 | B EASTERLING | 2:05cv1063 | GLASS |
| 2:05cv1009 | K EATON | 2:05cv1065 | GLOVER |
| 2:05cv1011 | B ECHOLS | 2:05cv1066 | GLOVER |
| 2:05cv1012 | M EDMON | 2:05cv1067 | GORDON |
| 2:05cv1013 | B EDWARDS | 2:05cv1070 | GRAVES |
| 2:05cv1014 | R EDWARDS | 2:05cv1071 | GRAVES |
| 2:05cv1015 | E ELLIS | 2:05cv1072 | GRAVES |
| 2:05cv1016 | B EVANS | 2:05cv1073 | GRAVES |
| 2:05cv1018 | E EVANS | 2:05cv1074 | GRAVES |
| 2:05cv1020 | E EVANS | 2:05cv1075 | GRAVES |
| 2:05cv1021 | EVANS | 2:05cv1076 | GRAY |
| 2:05cv1022 | EVANS | 2:05cv1077 | GRAY |
| 2:05cv1023 | FAIRLEY | 2:05cv1078 | GRAY |
| 2:05cv1024 | FAIRLEY | 2:05cv1079 | GRAY |
| 2:05cv1025 | FAIRLEY | 2:05cv1083 | GRAY |
| 2:05cv1026 | FAIRLEY | 2:05cv1084 | GRAY |
| 2:05cv1027 | FAIRLEY | 2:05cv1085 | GRAY |
| 2:05cv1028 | FAIRLEY | 2:05cv1086 | GRAY |
| 2:05cv1030 | FELTS | 2:05cv1087 | GRAY |
| 2:05cv1033 | FLUKER | 2:05cv1088 | GREEN |
| 2:05cv1034 | FLUKER | 2:05cv1090 | GREEN |
| 2:05cv1035 | FLUKER | 2:05cv1092 | GRIFFIN |
| 2:05cv1036 | FORD | 2:05cv1095 | GRIMMET |
| 2:05cv1037 | FORTNER | 2:05cv1096 | GRIMMET |
| 2:05cv1038 | FORTNER | 2:05cv1097 | HALL |
| 2:05cv1040 | FOX | 2:05cv1098 | HALL |
| 2:05cv1043 | FRAZIER | 2:05cv1099 | HALL |
| 2:05cv1046 | FUDGE | 2:05cv1100 | HARDY |
| 2:05cv1047 | GADDIS | 2:05cv1101 | HARMON |
| 2:05cv1048 | GADDIS | 2:05cv1102 | HARPER |

## EXHIBIT A

| CASE NUMBER | PLAINTIFF | CASE NUMBER | PLAINTIFF |
|---|---|---|---|
| 2:05cv1103 | HARPER | 2:05cv1144 | HILL |
| 2:05cv1104 | HARRIS | 2:05cv1145 | HILL |
| 2:05cv1105 | HARRIS | 2:05cv1146 | HILL |
| 2:05cv1106 | HARRIS | 2:05cv1147 | HILL |
| 2:05cv1107 | HARRIS | 2:05cv1148 | HILL |
| 2:05cv1108 | HARRIS | 2:05cv1149 | HILL |
| 2:05cv1109 | HARRIS | 2:05cv1150 | HILL |
| 2:05cv1111 | HARRIS | 2:05cv1152 | HILLARD |
| 2:05cv1112 | HARRISON | 2:05cv1153 | HILLARD |
| 2:05cv1113 | HARTFIELD | 2:05cv1154 | HILLARD |
| 2:05cv1114 | HARVEY | 2:05cv1155 | HILLARD |
| 2:05cv1115 | HATCH | 2:05cv1156 | HILLARD |
| 2:05cv1116 | HATTEN | 2:05cv1157 | HILLARD |
| 2:05cv1117 | HAWTHORNE | 2:05cv1158 | HINES |
| 2:05cv1118 | HAYNES | 2:05cv1159 | HINTON |
| 2:05cv1119 | HAYNES | 2:05cv1161 | HINTON |
| 2:05cv1120 | HEARNS | 2:05cv1162 | HINTON |
| 2:05cv1121 | HEARNS | 2:05cv1163 | HINTON |
| 2:05cv1122 | HEARNS | 2:05cv1164 | HINTON |
| 2:05cv1123 | HEATH | 2:05cv1166 | HINTON |
| 2:05cv1124 | HEATH | 2:05cv1168 | HINTON |
| 2:05cv1125 | HEIDELBERG | 2:05cv1171 | HINTON |
| 2:05cv1126 | HERVEY | 2:05cv1172 | HINTON |
| 2:05cv1127 | HERVEY | 2:05cv1173 | HINTON |
| 2:05cv1128 | HERVEY | 2:05cv1174 | HODGE |
| 2:05cv1129 | HERVEY | 2:05cv1175 | HODGE |
| 2:05cv1130 | HERVEY | 2:05cv1176 | HODGES |
| 2:05cv1131 | HERVEY | 2:05cv1177 | HOLDER |
| 2:05cv1132 | HESTER | 2:05cv1178 | HOLDER |
| 2:05cv1133 | HESTER | 2:05cv1179 | HOLLIMAN |
| 2:05cv1134 | HESTER | 2:05cv1181 | HOLLOWAY |
| 2:05cv1135 | HESTER | 2:05cv1183 | HOLMES |
| 2:05cv1136 | HIBBLER | 2:05cv1186 | HOPKINS |
| 2:05cv1137 | HIBBLER | 2:05cv1188 | HOPKINS |
| 2:05cv1138 | HIBBLER | 2:05cv1189 | HOPKINS |
| 2:05cv1139 | HIBBLER | 2:05cv1190 | HORNE |
| 2:05cv1140 | HIBBLER | 2:05cv1191 | HORNE |
| 2:05cv1141 | HICKS | 2:05cv1192 | HOSSLEY |
| 2:05cv1142 | HICKS | 2:05cv1193 | HOUZE |
| 2:05cv1143 | HILL | 2:05cv1194 | HOUZE |

## EXHIBIT A

| CASE NUMBER | PLAINTIFF | CASE NUMBER | PLAINTIFF |
|---|---|---|---|
| 2:05cv1195 | HOWARD | 2:05cv1240 | JACKSON |
| 2:05cv1196 | HOWARD | 2:05cv1241 | JACKSON |
| 2:05cv1197 | HOWARD | 2:05cv1242 | JACKSON |
| 2:05cv1198 | HUDSON | 2:05cv1243 | JACKSON |
| 2:05cv1199 | HUDSON | 2:05cv1244 | JACKSON |
| 2:05cv1201 | HUDSON | 2:05cv1246 | JACKSON |
| 2:05cv1203 | HUNTER | 2:05cv1247 | JACKSON |
| 2:05cv1205 | HUNTER | 2:05cv1248 | JACKSON |
| 2:05cv1206 | HUSBAND | 2:05cv1249 | JACKSON |
| 2:05cv1207 | HUSBAND | 2:05cv1250 | JACKSON |
| 2:05cv1208 | HUTTON | 2:05cv1251 | JACKSON |
| 2:05cv1209 | HYDE | 2:05cv1252 | JACKSON |
| 2:05cv1210 | HYDE | 2:05cv1253 | JACKSON |
| 2:05cv1212 | INGRAM | 2:05cv1254 | JACKSON |
| 2:05cv1214 | JACKSON | 2:05cv1255 | JACKSON |
| 2:05cv1215 | JACKSON | 2:05cv1256 | JACKSON |
| 2:05cv1216 | JACKSON | 2:05cv1257 | JAMES |
| 2:05cv1217 | JACKSON | 2:05cv1258 | JAMES |
| 2:05cv1218 | JACKSON | 2:05cv1259 | JEFFERSON |
| 2:05cv1219 | JACKSON | 2:05cv1260 | JENKINS |
| 2:05cv1220 | JACKSON | 2:05cv1261 | JENKINS |
| 2:05cv1221 | JACKSON | 2:05cv1262 | JENKINS |
| 2:05cv1222 | JACKSON | 2:05cv1263 | JENKINS |
| 2:05cv1223 | JACKSON | 2:05cv1264 | JENKINS |
| 2:05cv1224 | JACKSON | 2:05cv1265 | JENKINS |
| 2:05cv1225 | JACKSON | 2:05cv1266 | JENKINS |
| 2:05cv1226 | JACKSON | 2:05cv1267 | JENKINS |
| 2:05cv1227 | JACKSON | 2:05cv1268 | JERALD |
| 2:05cv1228 | JACKSON | 2:05cv1269 | JOHN |
| 2:05cv1229 | JACKSON | 2:05cv1270 | JOHNSON |
| 2:05cv1230 | JACKSON | 2:05cv1271 | JOHNSON |
| 2:05cv1231 | JACKSON | 2:05cv1272 | JOHNSON |
| 2:05cv1232 | JACKSON | 2:05cv1273 | JOHNSON |
| 2:05cv1233 | JACKSON | 2:05cv1274 | JOHNSON |
| 2:05cv1234 | JACKSON | 2:05cv1275 | JOHNSON |
| 2:05cv1235 | JACKSON | 2:05cv1277 | JOHNSON |
| 2:05cv1236 | JACKSON | 2:05cv1278 | JOHNSON |
| 2:05cv1237 | JACKSON | 2:05cv1279 | JOHNSON |
| 2:05cv1238 | JACKSON | 2:05cv1280 | JOHNSON |
| 2:05cv1239 | JACKSON | 2:05cv1281 | JOHNSON |

## EXHIBIT A

| CASE NUMBER | PLAINTIFF | CASE NUMBER | PLAINTIFF |
|---|---|---|---|
| 2:05cv1282 | JOHNSON | 2:05cv1325 | KEYS |
| 2:05cv1283 | JOHNSON | 2:05cv1326 | KEYS |
| 2:05cv1284 | JOHNSON | 2:05cv1327 | KEYS |
| 2:05cv1285 | JOHNSON | 2:05cv1328 | KILLINGSWORTH |
| 2:05cv1286 | JONES | 2:05cv1329 | KILLINGSWORTH |
| 2:05cv1287 | JONES | 2:05cv1330 | KILLINGSWORTH |
| 2:05cv1288 | JONES | 2:05cv1331 | KILLINGSWORTH |
| 2:05cv1289 | JONES | 2:05cv1332 | KILLINGSWORTH |
| 2:05cv1290 | JONES | 2:05cv1333 | KILLINGSWORTH |
| 2:05cv1291 | JONES | 2:05cv1334 | KILLINGSWORTH |
| 2:05cv1293 | JONES | 2:05cv1335 | KILLINGSWORTH |
| 2:05cv1294 | JONES | 2:05cv1336 | KINDRED |
| 2:05cv1295 | JONES | 2:05cv1337 | KINDRED |
| 2:05cv1296 | JONES | 2:05cv1338 | KING |
| 2:05cv1297 | JONES | 2:05cv1339 | KIRKHAM |
| 2:05cv1298 | JONES | 2:05cv1340 | KIRKHAM |
| 2:05cv1299 | JONES | 2:05cv1341 | KNIGHT |
| 2:05cv1301 | JONES | 2:05cv1342 | LAMAR |
| 2:05cv1303 | JORDAN | 2:05cv1343 | LAMAR |
| 2:05cv1304 | JORDAN | 2:05cv1344 | LAMPKIN |
| 2:05cv1305 | KEATON | 2:05cv1345 | LAMPKIN |
| 2:05cv1306 | KEATON | 2:05cv1346 | LAMPKIN |
| 2:05cv1307 | KEATON | 2:05cv1347 | LAMPKIN |
| 2:05cv1308 | KEATON | 2:05cv1348 | LAMPKIN |
| 2:05cv1309 | KEATON | 2:05cv1349 | LANG |
| 2:05cv1310 | KEITH | 2:05cv1350 | LANG |
| 2:05cv1311 | KEITH | 2:05cv1351 | LANG |
| 2:05cv1312 | KELLEY | 2:05cv1352 | LANG |
| 2:05cv1313 | KELLEY | 2:05cv1354 | LARGE |
| 2:05cv1314 | KEYS | 2:05cv1355 | LARGE |
| 2:05cv1315 | KEYS | 2:05cv1356 | LARGE |
| 2:05cv1316 | KEYS | 2:05cv1357 | LARGE |
| 2:05cv1317 | KEYS | 2:05cv1358 | LAWRENCE |
| 2:05cv1318 | KEYS | 2:05cv1359 | LEACH |
| 2:05cv1319 | KEYS | 2:05cv1360 | LEACH |
| 2:05cv1320 | KEYS | 2:05cv1361 | LEE |
| 2:05cv1321 | KEYS | 2:05cv1362 | LEE |
| 2:05cv1322 | KEYS | 2:05cv1363 | LEE |
| 2:05cv1323 | KEYS | 2:05cv1364 | LEE |
| 2:05cv1324 | KEYS | 2:05cv1365 | LEE |

## EXHIBIT A

| CASE NUMBER | PLAINTIFF | CASE NUMBER | PLAINTIFF |
|---|---|---|---|
| 2:05cv1367 | LEFLORE | 2:05cv1411 | MANAWAY |
| 2:05cv1368 | LEFLORE | 2:05cv1412 | MARK |
| 2:05cv1369 | LEFLORE | 2:05cv1413 | MAXWELL |
| 2:05cv1370 | LEFLORE | 2:05cv1414 | MAXWELL |
| 2:05cv1371 | LEFLORE | 2:05cv1415 | MAYES |
| 2:05cv1372 | LEFLORE | 2:05cv1417 | MCBRIDE |
| 2:05cv1373 | LEGGETT | 2:05cv1418 | MCBRIDE |
| 2:05cv1374 | LEGGETT | 2:05cv1419 | MCBRIDE |
| 2:05cv1375 | LEGGETT | 2:05cv1420 | MCBRIDE |
| 2:05cv1376 | LEGGETT | 2:05cv1421 | MCCLENDON |
| 2:05cv1378 | LEWIS | 2:05cv1424 | MCCORNELL |
| 2:05cv1379 | LINDSEY | 2:05cv1425 | MCCULLUM |
| 2:05cv1380 | LITTLE | 2:05cv1429 | MCFARLAND |
| 2:05cv1381 | LOCKHART | 2:05cv1430 | MCFARLAND |
| 2:05cv1382 | LOPER | 2:05cv1431 | MCFARLAND |
| 2:05cv1383 | LOPER | 2:05cv1432 | MCFARLAND |
| 2:05cv1384 | LOTT | 2:05cv1433 | MCFARLIN |
| 2:05cv1385 | LOTT | 2:05cv1434 | MCFARLIN |
| 2:05cv1386 | LOTT | 2:05cv1435 | MCFARLIN |
| 2:05cv1387 | LOTT | 2:05cv1436 | MCGILL |
| 2:05cv1388 | LOVE | 2:05cv1437 | MCGEE |
| 2:05cv1389 | LOVE | 2:05cv1438 | MCGEE |
| 2:05cv1390 | LOVE | 2:05cv1439 | MCGEE |
| 2:05cv1391 | LOVER | 2:05cv1441 | MCGEE |
| 2:05cv1392 | LOVER | 2:05cv1442 | MCGEE |
| 2:05cv1393 | LOVER | 2:05cv1443 | MCGEE |
| 2:05cv1395 | LUCKETT | 2:05cv1444 | MCGILL |
| 2:05cv1396 | LUMZY | 2:05cv1445 | MCGILVERY |
| 2:05cv1397 | LEWIS | 2:05cv1446 | MCGILVERY |
| 2:05cv1398 | LEWIS | 2:05cv1448 | MCGILVERY |
| 2:05cv1401 | MAGEE | 2:05cv1449 | MCGILVERY |
| 2:05cv1402 | MAGEE | 2:05cv1450 | MCGLOTHAN |
| 2:05cv1403 | MAGEE | 2:05cv1451 | MCGOWAN |
| 2:05cv1404 | MAGEE | 2:05cv1452 | MCGOWAN |
| 2:05cv1405 | MAGEE | 2:05cv1454 | MCINTYRE |
| 2:05cv1406 | MANAWAY | 2:05cv1455 | MCKEE |
| 2:05cv1407 | MANAWAY | 2:05cv1456 | MCKEE |
| 2:05cv1408 | MANAWAY | 2:05cv1457 | MCKEE |
| 2:05cv1409 | MANAWAY | 2:05cv1460 | MCKELLER |
| 2:05cv1410 | MANAWAY | 2:05cv1462 | MCKINLEY |

## EXHIBIT A

| CASE NUMBER | PLAINTIFF | CASE NUMBER | PLAINTIFF |
|---|---|---|---|
| 2:05cv1463 | MCLAURIN | 2:05cv1501 | MINOR |
| 2:05cv1464 | MCLAURIN | 2:05cv1502 | MITCHELL |
| 2:05cv1465 | MCLAURIN | 2:05cv1503 | MITCHELL |
| 2:05cv1466 | MCLAURIN | 2:05cv1504 | MIX |
| 2:05cv1468 | MCMICKLE | 2:05cv1505 | MIX |
| 2:05cv1469 | MCMICKLE | 2:05cv1506 | MOBLEY |
| 2:05cv1470 | MCNAIR | 2:05cv1507 | MOBLEY |
| 2:05cv1471 | MCNAIR | 2:05cv1508 | MOFFETT |
| 2:05cv1472 | MCNAIR | 2:05cv1509 | MOFFETT |
| 2:05cv1473 | MEANS | 2:05cv1510 | MONTGOMERY |
| 2:05cv1474 | MEANS | 2:05cv1511 | MONTGOMERY |
| 2:05cv1475 | MEANS | 2:05cv1512 | MONTGOMERY |
| 2:05cv1476 | MEANS | 2:05cv1513 | MOODY |
| 2:05cv1477 | MEANS | 2:05cv1514 | MOODY |
| 2:05cv1478 | MEANS | 2:05cv1515 | MOODY |
| 2:05cv1479 | MICKEL | 2:05cv1516 | MOODY |
| 2:05cv1481 | MIDDLETON | 2:05cv1517 | MOODY |
| 2:05cv1482 | MIDDLETON | 2:05cv1518 | MOODY |
| 2:05cv1483 | MIDDLETON | 2:05cv1521 | MOORE |
| 2:05cv1484 | MIDDLETON | 2:05cv1526 | MOSLEY |
| 2:05cv1485 | MIKEL | 2:05cv1527 | MOSLEY |
| 2:05cv1487 | MILLER | 2:05cv1528 | MOSLEY |
| 2:05cv1488 | MILLER | 2:05cv1529 | MOSLEY |
| 2:05cv1489 | MILLER | 2:05cv1530 | MOSLEY |
| 2:05cv1490 | MILLER | 2:05cv1531 | MOSLEY |
| 2:05cv1491 | MILSAP | 2:05cv1533 | MOTT |
| 2:05cv1492 | MILSAP | 2:05cv1534 | MULLIN |
| 2:05cv1493 | MILSAP | 2:05cv1535 | MURPHY |
| 2:05cv1494 | MILTON | 2:05cv1537 | MYERS |
| 2:05cv1495 | MINOR | 2:05cv1538 | MYERS |
| 2:05cv1496 | MINOR | 2:05cv1539 | MYERS |
| 2:05cv1497 | MINOR | 2:05cv1540 | MYERS |
| 2:05cv1498 | MINOR | 2:05cv1544 | NAYLOR |
| 2:05cv1499 | MINOR | 2:05cv1545 | NAYLOR |
| 2:05cv1500 | MINOR | 2:05cv1546 | NAYLOR |
| CASE NUMBER | PLAINTIFF | 2:05cv1547 | NAYLOR |
| 2:05cv1556 | NEWSOME | 2:05cv1548 | NAYLOR |
| 2:05cv1557 | NEWSOME | 2:05cv1552 | NEWSOME |
| 2:05cv1560 | NICHOLSON | 2:05cv1553 | NEWSOME |
| 2:05cv1561 | NICHOLSON | 2:05cv1554 | NEWSOME |

## EXHIBIT A

|            |           | CASE NUMBER | PLAINTIFF |
|------------|-----------|-------------|-----------|
| 2:05cv1562 | NICHOLSON |             |           |
| 2:05cv1563 | NICHOLSON | 2:05cv1608  | PERKINS   |
| 2:05cv1564 | NICHOLSON | 2:05cv1609  | PETERSON  |
| 2:05cv1565 | NICHOLSON | 2:05cv1611  | PETERSON  |
| 2:05cv1566 | NICHOLSON | 2:05cv1612  | PEYTON    |
| 2:05cv1567 | NICHOLSON | 2:05cv1613  | PEYTON    |
| 2:05cv1568 | NICKS     | 2:05cv1615  | PHILLIPS  |
| 2:05cv1570 | NINES     | 2:05cv1617  | PHILLIPS  |
| 2:05cv1571 | NIXON     | 2:05cv1619  | PITTMAN   |
| 2:05cv1572 | NIXON     | 2:05cv1620  | PITTMAN   |
| 2:05cv1573 | NUNN      | 2:05cv1622  | PITTMAN   |
| 2:05cv1575 | OATIS     | 2:05cv1624  | PITTMAN   |
| 2:05cv1576 | OATIS     | 2:05cv1625  | PITTMAN   |
| 2:05cv1577 | OATIS     | 2:05cv1626  | PITTMAN   |
| 2:05cv1578 | OUTLAW    | 2:05cv1629  | POOLE     |
| 2:05cv1579 | OUTLAW    | 2:05cv1631  | POOLE     |
| 2:05cv1580 | OUTLAW    | 2:05cv1632  | POOLE     |
| 2:05cv1581 | OUTLAW    | 2:05cv1634  | POPE      |
| 2:05cv1582 | OUTLAW    | 2:05cv1639  | POPE      |
| 2:05cv1583 | OUTLAW    | 2:05cv1641  | PORTER    |
| 2:05cv1584 | OWENS     | 2:05cv1644  | POWE      |
| 2:05cv1585 | PACK      | 2:05cv1645  | POWELL    |
| 2:05cv1586 | PAIGE     | 2:05cv1648  | PRESTON   |
| 2:05cv1587 | PAIGE     | 2:05cv1649  | PRICE     |
| 2:05cv1588 | PARKER    | 2:05cv1651  | PRICE     |
| 2:05cv1589 | PARKER    | 2:05cv1652  | PRUITT    |
| 2:05cv1590 | PARKER    | 2:05cv1656  | QUATERMAN |
| 2:05cv1591 | PARKER    | 2:05cv1657  | RATCLIFF  |
| 2:05cv1592 | PARKER    | 2:05cv1658  | RATCLIFF  |
| 2:05cv1593 | PARKER    | 2:05cv1659  | RATCLIFF  |
| 2:05cv1594 | PARKER    | 2:05cv1660  | RATCLIFF  |
| 2:05cv1595 | PARKER    | 2:05cv1661  | RATCLIFF  |
| 2:05cv1596 | PARKER    | 2:05cv1662  | RATCLIFF  |
| 2:05cv1597 | PATRICK   | 2:05cv1663  | RATCLIFF  |
| 2:05cv1598 | PATRICK   | 2:05cv1664  | RATCLIFF  |
| 2:05cv1599 | PATRICK   | 2:05cv1665  | RATCLIFF  |
| 2:05cv1600 | PATRICK   | 2:05cv1666  | RAWLS     |
| 2:05cv1601 | PATRICK   | 2:05cv1667  | RAWLS     |
| 2:05cv1602 | PATRICK   | 2:05cv1668  | REED      |
| 2:05cv1604 | PAYNE     | 2:05cv1669  | REED      |
| 2:05cv1605 | PAYNE     | 2:05cv1670  | REED      |

## EXHIBIT A

| CASE NUMBER | PLAINTIFF | CASE NUMBER | PLAINTIFF |
|---|---|---|---|
| 2:05cv1671 | REED | 2:05cv1742 | SHAW |
| 2:05cv1677 | REVIES | 2:05cv1743 | SHAW |
| 2:05cv1679 | RICH | 2:05cv1744 | SHAW |
| 2:05cv1680 | RICHARDS | 2:05cv1748 | SHELTON |
| 2:05cv1682 | RICHARDSON | 2:05cv1750 | SHELTON |
| 2:05cv1683 | RICHARDSON | 2:05cv1751 | SHELTON |
| 2:05cv1684 | RICHARDSON | 2:05cv1752 | SHINAL |
| 2:05cv1685 | ROBBINS | 2:05cv1753 | SHORT |
| 2:05cv1688 | ROBERTS | 2:05cv1754 | SIMMONS |
| 2:05cv1689 | ROBERTS | 2:05cv1756 | SIMMONS |
| 2:05cv1690 | ROBERTS | 2:05cv1757 | SIMMONS |
| 2:05cv1691 | ROBERTS | 2:05cv1758 | SIMMONS |
| 2:05cv1693 | ROBERTS | 2:05cv1759 | SIMMONS |
| 2:05cv1696 | ROBERTS | 2:05cv1760 | SIMMONS |
| 2:05cv1699 | ROBERTS | 2:05cv1761 | SIMMONS |
| 2:05cv1702 | ROBERTSON | 2:05cv1762 | SIMS |
| 2:05cv1703 | ROBERTSON | 2:05cv1764 | SIMS |
| 2:05cv1704 | ROBINS | 2:05cv1765 | SIMS |
| 2:05cv1708 | ROBINSON | 2:05cv1766 | SIMS |
| 2:05cv1709 | ROBINSON | 2:05cv1767 | SIMS |
| 2:05cv1712 | ROBINSON | 2:05cv1768 | SIMS |
| 2:05cv1713 | ROBINSON | 2:05cv1769 | SLAY |
| 2:05cv1714 | ROBINSON | 2:05cv1771 | SMITH |
| 2:05cv1717 | ROGER | 2:05cv1772 | SMITH |
| 2:05cv1718 | ROGERS | 2:05cv1773 | SMITH |
| 2:05cv1719 | ROGERS | 2:05cv1774 | SMITH |
| 2:05cv1720 | ROSS | 2:05cv1775 | SMITH |
| 2:05cv1723 | ROSS | 2:05cv1776 | SMITH |
| 2:05cv1724 | RUFF | 2:05cv1777 | SMITH |
| 2:05cv1725 | RUFFIN | 2:05cv1778 | SMITH |
| 2:05cv1726 | RUSSELL | 2:05cv1779 | SMITH |
| 2:05cv1727 | SADLER | 2:05cv1780 | SMITH |
| 2:05cv1728 | SAMSON | 2:05cv1782 | SMITH |
| 2:05cv1730 | SAMSON | 2:05cv1783 | SMITH |
| 2:05cv1731 | SAMSON | 2:05cv1784 | SMITH |
| 2:05cv1734 | SCOTT | 2:05cv1785 | SMITH |
| 2:05cv1735 | SCOTT | 2:05cv1786 | SMITH |
| 2:05cv1737 | SCOTT | 2:05cv1792 | SMITH |
| 2:05cv1738 | SCOTT | 2:05cv1794 | SMITH |
| 2:05cv1741 | SHAW | 2:05cv1795 | SMITH |

## EXHIBIT A

| CASE NUMBER | PLAINTIFF | CASE NUMBER | PLAINTIFF |
| --- | --- | --- | --- |
| 2:05cv1796 | SMITH | 2:05cv1857 | TOY |
| 2:05cv1797 | SMITH | 2:05cv1858 | TROTTER |
| 2:05cv1799 | SMITH | 2:05cv1859 | TROTTER |
| 2:05cv1800 | SMITH | 2:05cv1860 | TURNER |
| 2:05cv1802 | SMITH | 2:05cv1862 | VANBUREN |
| 2:05cv1803 | SMITH | 2:05cv1863 | VARNADO |
| 2:05cv1804 | SMITH | 2:05cv1865 | VARNADO |
| 2:05cv1805 | SMITH | 2:05cv1866 | VICKERS |
| 2:05cv1806 | SOUTH | 2:05cv1867 | VICKERS |
| 2:05cv1810 | SPENCER | 2:05cv1868 | VICKERS |
| 2:05cv1811 | STEELE | 2:05cv1869 | VIRGIL |
| 2:05cv1812 | STEELE | 2:05cv1870 | VIRGIL |
| 2:05cv1813 | STEELE | 2:05cv1871 | VIVERETTE |
| 2:05cv1814 | STEELE | 2:05cv1872 | WADE |
| 2:05cv1817 | STOKES | 2:05cv1874 | WALKER |
| 2:05cv1818 | STRICKLAND | 2:05cv1876 | WALKER |
| 2:05cv1819 | STRICKLAND | 2:05cv1877 | WALKER |
| 2:05cv1820 | STRICKLAND | 2:05cv1878 | WALKER |
| 2:05cv1821 | STRICKLAND | 2:05cv1880 | WALKER |
| 2:05cv1822 | STRONG | 2:05cv1882 | WALKER |
| 2:05cv1831 | TAYLOR | 2:05cv1883 | WALKER |
| 2:05cv1832 | TAYLOR | 2:05cv1885 | WALKER |
| 2:05cv1833 | TAYLOR | 2:05cv1886 | WALKER |
| 2:05cv1834 | TAYLOR | 2:05cv1887 | WALKER |
| 2:05cv1835 | TAYLOR | 2:05cv1888 | WALKER |
| 2:05cv1836 | TAYLOR | 2:05cv1889 | WALKER |
| 2:05cv1838 | IPPED IN ERROR - LEFT UNASSIGN | 2:05cv1890 | WALKER |
| 2:05cv1839 | TERRELL | 2:05cv1891 | WALKER |
| 2:05cv1840 | THAMES | 2:05cv1892 | WALKER |
| 2:05cv1841 | THAMES | 2:05cv1893 | WALKER |
| 2:05cv1843 | THOMAS | 2:05cv1894 | WALLS |
| 2:05cv1844 | THOMAS | 2:05cv1895 | WALTERS |
| 2:05cv1847 | THOMAS | 2:05cv1896 | WALTERS |
| 2:05cv1848 | THOMPKINS | 2:05cv1898 | WALTERS |
| 2:05cv1849 | THOMPSON | 2:05cv1899 | WALTON |
| 2:05cv1852 | THORNE | 2:05cv1900 | WALTON |
| 2:05cv1853 | TOWNES | 2:05cv1905 | WATTS |
| 2:05cv1854 | TOWNES | 2:05cv1906 | WATTS |
| 2:05cv1855 | TOWNES | 2:05cv1907 | WATTS |
| 2:05cv1856 | TOWNSEND | 2:05cv1908 | WELLS |

## EXHIBIT A

| CASE NUMBER | PLAINTIFF | CASE NUMBER | PLAINTIFF |
|---|---|---|---|
| 2:05cv1909 | WHEELER | 2:05cv1979 | WOLFE |
| 2:05cv1911 | WHITE | 2:05cv1980 | WOLFE |
| 2:05cv1914 | WHITE | 2:05cv1981 | WOLFE |
| 2:05cv1917 | WHITE | 2:05cv1982 | WOMACK |
| 2:05cv1918 | WHITE | 2:05cv1983 | WOMBACK |
| 2:05cv1920 | WHITE | 2:05cv1984 | WOODLAND |
| 2:05cv1921 | WHITE | 2:05cv1986 | WOODLAND |
| 2:05cv1922 | WHITE | 2:05cv1993 | WOODLAND |
| 2:05cv1923 | WHITE | 2:05cv1994 | WOODLAND |
| 2:05cv1925 | WHITSETT | 2:05cv1996 | WOODS |
| 2:05cv1926 | WHITSETT | 2:05cv1997 | WOODS |
| 2:05cv1927 | WHITSETT | 2:05cv1999 | WOULLARD |
| 2:05cv1929 | WILEY | 2:05cv2002 | WOULLARD |
| 2:05cv1930 | WILEY | 2:05cv2003 | WRIGHT |
| 2:05cv1931 | WILEY | 2:05cv2004 | WRIGHT |
| 2:05cv1933 | WILLIAMS | 2:05cv2005 | WRIGHT |
| 2:05cv1934 | WILLIAMS | 2:05cv2006 | WRIGHT |
| 2:05cv1935 | WILLIAMS | 2:05cv2007 | WRIGHT |
| 2:05cv1942 | WILLIAMS | 2:05cv2008 | WRIGHT |
| 2:05cv1944 | WILLIAMS | 2:05cv2009 | WRIGHT |
| 2:05cv1946 | WILLIAMS | 2:05cv2010 | WRIGHT |
| 2:05cv1947 | WILLIAMS | 2:05cv2013 | YOUNG |
| 2:05cv1948 | WILLIAMS | 2:05cv2014 | YOUNG |
| 2:05cv1954 | WILLIAMS | 2:05cv2015 | YOUNG |
| 2:05cv1955 | WILLIAMS | 2:05cv2016 | YOUNG |
| 2:05cv1958 | WILLIAMS | 2:05cv2017 | YOUNG |
| 2:05cv1961 | WILLIAMS | 2:05cv2018 | HILL |
| 2:05cv1965 | WILLIAMS | 2:05cv2019 | WOULLARD |
| 2:05cv1966 | WILLIAMS | 2:05cv2020 | WOULLARD |
| 2:05cv1967 | WILLIAMS | 2:05cv2021 | FAIRLEY |
| 2:05cv1968 | WILLIAMS | 2:05cv2022 | PHILLIPS |
| 2:05cv1969 | WILLIAMS | 2:05cv2075 | ABRAM |
| 2:05cv1970 | WILLIAMS | 2:05cv2091 | BARNES |
| 2:05cv1971 | WILLIAMS | 2:05cv2092 | BOURNE |
| 2:05cv1972 | WILSON | 2:05cv2093 | BOUVAY |
| 2:05cv1973 | WILSON | 2:05cv2095 | BURTON |
| 2:05cv1974 | WILSON | 2:05cv2096 | JOHNSON |
| 2:05cv1975 | WILSON | 2:05cv2097 | KEYS |
| 2:05cv1977 | WOLFE | 2:05cv2098 | KEYS |
| 2:05cv1978 | WOLFE | 2:05cv2099 | KEY |

## EXHIBIT A

| CASE NUMBER | PLAINTIFF | CASE NUMBER | PLAINTIFF |
|---|---|---|---|
| 2:05cv2100 | MARK | | |
| 2:05cv2101 | MCBRIDE | | |
| 2:05cv2102 | SMITH | | |
| 2:05cv2103 | WALKER | | |
| 1:05cv2100 | BARNES | | |